*Friday, September 25, 1998*

## MOTION DOCKET

**98–1756. Amada, Inc. v. Zaggario.**
Cuyahoga App. No. 73089. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**98–1824. State v. Vidu.**
Cuyahoga App. Nos. 71703 and 71704. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellants' emergency motion for stay of court of appeals' decision and for bail pending appeal,

IT IS ORDERED by the court that the motion for stay and for bond be, and hereby is, granted, and bond shall continue in the amount previously set by the trial court.

F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**98–920. State ex rel. Krause v. Conrad.**
Franklin App. No. 97APD02–153. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.